IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT** ) ) ) ) ) ) | Case No. 4:19-MJ-642<br><br>**FILED UNDER SEAL** |

I, Ryan Howe, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Detective with the Ankeny Police Department, currently assigned to the Mid-Iowa Narcotics Task Force. I was hired as an Ankeny Police Officer in 2013 where I completed 14 weeks of training at the Iowa Law Enforcement Academy in August 2013. In June of 2017, I was assigned to the Mid-Iowa Narcotics Enforcement Task Force and I have been investigating drug-related cases since that time. I have conducted numerous traffic stops, consent searches, and searches incident to arrest where illegal drugs were located. I have participated in narcotics-related investigations, using a myriad of investigation tools to include but not limited to the use of surveillance, informants, undercover operations, controlled contraband purchases, as well as the application and execution of search warrants. Through my training and experience, I have the requisite expertise to identify a host of controlled substances and I am further familiar with the manner in which individuals use, market, sell and deliver controlled substances. I am intimately familiar with the modus operandi of those who use, market, sell and deliver controlled substances. My further training includes: an interview and interrogation school sponsored by Midwest Counterdrug Training Center (MCTC), a two-week Basic Narcotics Investigations course (MCTC), 48-hours of advanced training in narcotics investigations at the 2018 and 2019



FILED
By: Clerk's Office, Southern District of Iowa
12:52 pm, Sep 16 2019

Iowa Narcotics Officers Association Training Summit, as well as a 40-hour certification course in Clandestine Laboratory Safety (MCTC).

2.   The information set forth herein is based upon the following: (1) the affiant's training, professional education, and experience; (2) the affiant's participation in the instant investigation; (3) the affiant's review of reports and other documents prepared by federal, state, and local law enforcement officers, as well as documents prepared by other government agencies, utilities companies, and private businesses; (4) physical surveillance conducted by federal, state, or local law enforcement agencies, which has been reported to the affiant either directly or indirectly. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of the affiant's knowledge about this matter.

3.   Based on the facts set forth in this affidavit, there is probable cause to believe that Kouang VIPHONGXAI committed violations of Title 18, United States Code, Sections 471, 472, and 474, making counterfeit obligations, possession of counterfeit obligations, and possession of a plate used to counterfeit obligations.

**PROBABLE CAUSE**

4.   On May 7, 2019, the Mid-Iowa Narcotics Enforcement Task Force officers executed a search warrant at 1616 SE 1st Street in Des Moines, Iowa, in the Southern District of Iowa, the known address of Kouang VIPHONGXAI.

5.   MINE Task Force Officers, including myself, were maintaining surveillance on the perimeter of the residence in unmarked duty vehicles. While STAR Tactical Team was securing the residence, I observed a blue 2004 Toyota Sienna (bearing IA LIC:BYT365) approach the residence. I recognized the vehicle from my investigation as a vehicle associated

with VIPHONGXAI, for whom I knew had multiple active arrest warrants as well as being listed on the search warrant. As the vehicle arrived on scene at 1616 SE 1st Street, it quickly veered southbound through the alley to the east of the residence. The vehicle was eventually stopped and law enforcement ordered VIPHONGXAI out of the front driver door and gave him commands to lie on the ground. After he was detained, VIPHONGXAI stated the vehicle was his mother's and wished for it to be taken back to his residence at 1616 SE 1st Street.

6. MINE Task Force Officers collected, secured, and documented evidence located inside the residence pursuant to the search warrant. MINE Task Force Officers located several items inside the residence consistent with VIPHONGXAI manufacturing counterfeit United States currency. Several printers were located in the basement of the residence with residue and stains consistent with the production of counterfeit bills. Also located in a VIPHONGXAI's safe (to which he provided the combination for) was a Gold/Silver Die Printing Plate for a United States $20 Federal Reserve Note.

7. The following evidence of counterfeiting was located on scene:

(a) $1,877 counterfeit United States currency, located on VIPHONGXAI in wallet

(b) $100 counterfeit United States currency, located in black wallet in brown purse in upstairs SW bedroom

(c) Printer paper (consistent with counterfcit bills located on scene) located on middle of bookshelf upstairs SE bedroom *(Viphongxai admitted the upstairs SE bedroom was his - RH)*

(d) Gold/Silver Die printing plate for United States $20 Federal Reserve Note located in safe found in upstairs SE bedroom

(e) Two thumb drives located in safe found in upstairs SE bedroom

(f) $49 counterfeit United States currency, located in safe in SE bedroom

(g) Green bag with $1689 counterfeit United States currency, located in safe in SE bedroom

(h) $115 counterfeit United States currency, located in change container in SE bedroom

(i) $100 counterfeit United States currency, located next to bed in SE bedroom

(j) $100 counterfeit United States currency, located in center console of Sienna

(k) $20 damaged counterfeit United States currency, located in trash can in basement

(l) Epsom Workforce 545 printer in back of Sienna

(m) Brother Printer with brown powdery residue on tray located in basement

(n) HP printer with white-gray dried liquid stain on tray located in basement

8. MINE Task Force Officers located multiple items of counterfeit United States Currency during the execution of the search warrant. These items appeared counterfeit due to their discoloration, texture, and/or misalignment. The bills ranged from denominations of $2, $20 and $100-dollar bills.

9. MINE Task Force Officers located a $20 United States Federal Reserve Note silver and gold die/printing plate. Due to the other items located on scene, to include the counterfeit bills, multiple printers with powder residue and liquid stains; it is believed this die/printing plate was used in the production of counterfeit United States currency. I know it is illegal to possess this item under federal law (see 18 U.S.C. § 474).

10. Post-*Miranda*, VIPHONGXAI stated the money located in his wallet was not his, but he knew it was counterfeit money. VIPHONGXAI would not say who the counterfeit money belonged to. VIPHONGXAI stated he is currently unemployed but does vehicle mechanic work for friends. VIPHONGXAI stated he has not been doing much mechanic work lately, though.

11. On September 11, 2019, the United States Secret Service examined $4,050 in probable counterfeit currency found in VIPHONGXAI's residence. Secret Service confirmed all but one $2 Federal Reserve note was counterfeit. The $2 "parent note" was present with multiple

counterfeit reproductions. The total amount of counterfeit currency recovered from VIPHONGXAI's residence was $4,048.

## **CONCLUSION**

12.    Based on the facts contained in this affidavit, there is probable cause to believe that Kouang VIPHONGXAI committed violations of Title 18, United States Code, Sections 471, 472, and 474, making counterfeit obligations, possession of counterfeit obligations, and possession of a plate used to counterfeit obligations.

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

_____
Ryan Howe, Detective
Mid-Iowa Narcotics Enforcement Task Force

This affidavit and complaint were presented to the undersigned by Special Assistant United States Attorney Margaret A. Steindorf, an attorney for the government.

Subscribed and sworn to before me this 16th day of September, 2019.

_____
The Honorable Helen C. Adams
Chief United States Magistrate Judge